# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| KRISTEN KILGORE DDS <br> JORDAN MIMS and ANTWINE LOVE <br><br> Plaintiff, <br><br> v. <br><br> UNIVERSAL DENTAL ASSOCIATES <br> and <br> SCOTT TUCKER, DDS P.A. <br><br> Defendants. | NO. 3:22-CV-405-RJC |

## STIPULATION OF DISMISSAL

Pursuant to the provisions of Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs, Kristen Kilgore DDS, Jordan Mims and Antwine Love and Defendants Universal Dental Associates and Scott F. Tucker, DDS P.A. by and through their undersigned counsel, hereby stipulate to the dismissal with prejudice of the above-captioned action. The parties shall bear their own costs.

Respectfully submitted,

/s/ *George J. Oliver*
George J. Oliver
NC Bar No. 5774
Fox Rothschild LLP
434 Fayetteville St., Suite 2800
Raleigh, NC 27601
Telephone: 919.755-8710
Facsimile: 919-755-8800
jerryoliver@foxrothschild.com

**ATTORNEY FOR DEFENDANTS**

/s/ *Edward H. Nicholson, Jr.*
Edward H. Nicholson, Jr.
NC State Bar No. 36123
Nicholson Law Firm, P.A.
P.O. Box. 1832
Salisbury, NC 28145
nicholsonshumaker@att.net
(704) 223-2406

**ATTORNEYS FOR PLAINTIFFS**

# CERTIFICATE OF SERVICE

I hereby certify that, on February 10, 2023 I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit Notice of Electronic Filing to the following ECF registrants:

Edward H. Nicholson, Jr.
Nicholson Law Firm, P.A.
P.O. Box. 1832
Salisbury, NC 28145
nicholsonshumaker@att.net
(704) 223-2406

By: */s/ George J. Oliver*
George J. Oliver